Melvin W. Trotier, for appellant; Charles M. Whealon, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 2, 1952; released for publication June 5, 1952.

## Reuben Dever, Plaintiff-Appellee, v. James C. Dunlap, Defendant-Appellant.

### Term No. 52–F–13.

D. B. Reid, and Charles L. Rice, for appellant; Peyton Berbling, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 2, 1952; released for publication June 5, 1952.